An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BCMX, LLC, A NEVADA LIMITED
LIABILITY COMPANY; BRYCE DAVIS,
AN INDIVIDUAL; NICHOLLE DAVIS,
AN INDIVIDUAL; AND BOULDER
CITY, A PUBLIC ENTITY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE LINDA
MARIE BELL, DISTRICT JUDGE,
Respondents,
and
KIM JOHNSON, AN INDIVIDUAL;
AND TERRY JOHNSON, AN
INDIVIDUAL,
Real Parties in Interest.

No. 69231

FILED

DEC 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying summary judgment in a tort action. Having reviewed the petition and appendix, we conclude that our extraordinary intervention is not warranted. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (explaining that writ relief is typically not available when the petitioner has a plain and adequate legal remedy, such as an appeal); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d

SUPREME COURT
OF
NEVADA

(O) 1947A

15-39086

280, 281 (1997) (noting that this court will generally not consider writ petitions challenging orders denying summary judgment).  Accordingly, we

ORDER the petition DENIED.

_____ , J.
Saitta

_____ , J.
Gibbons

_____ , J.
Pickering

cc:     Hon. Linda Marie Bell, District Judge
        Morris, Sullivan, Lemkul & Pitegoff
        Becker Goodey Law Office
        Taylor & Ring
        Law Office of Nicholas Siciliano
        Eighth District Court Clerk